

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

December 9, 1971

Honorable J. C. Dingwall
State Highway Engineer
Texas Highway Department
Austin, Texas 78701

Opinion No. M-1014

Re: To what extent are part-time
monthly and hourly employees
of the Texas Highway Depart-
ment entitled to fringe
benefits, such as vacation,
sick leave, holidays and
group insurance?

Dear Mr. Dingwall:

In your recent letter requesting an opinion you state the following:

"There are certain categories of our work that can be efficiently performed by part-time employees. To benefit young people trying to get an education, we generally employ students to do this work, with usual time running about 20 hours per week. We have between two and three hundred in the various Districts and Divisions.

"It has been our practice over the years to grant vacation time consistent with the Appropriation Bills on a percentage basis for the time worked. We have not granted sick leave with pay, holidays with pay, nor does the Department partici-pate in the Group Health Insurance premiums for this class of employee. Many of these part-time em-ployees work irregular hours and work shifts. Regular full-time hourly employees are granted exactly the same benefits as those granted to regular full-time monthly employees.

"We would like your advice as to the authority of the Department to follow such a policy. The wording in the last paragraph of Article V, Section 6, page V-35, of S.B. 11 causes us some concern in this matter, as it pertains to paid holidays. The wording has been changed from previous Appropriation Bills."

Section 1, subdivision f, of Article V of the General

-4946-

Appropriation Act for the current fiscal year (S.B. 11, Acts
62nd Leg., R.S. 1971, as amended by S.B. 7, 1st C.S. of the same
Leg., at p. V-30) reads as follows:

"f.  PART-TIME EMPLOYEES.  Regular full-time
positions paid out of funds appropriated for
'salaries of classified positions' may also be
filled by part-time employees.  In computing
the salaries of these employees, the rates of
pay shall be proportional to the rates autho-
rized for full-time classified employment.  It is
further provided that part-time employees as
described in this subsection shall be subject to
all of the provisions of this Section."  (Emphasis
added.)

Section 1, subdivision g, of Article V of the Act reads:

"g.  HOURLY EMPLOYEES.  It is the intent of the
Legislature that hourly employees shall receive per
hour rate increases proportionate to those provided
in this Act for full-time salaried classified em-
ployees."  (at p. V-30).

Subdivision c of Sec. 6 of Article V (p. V-34) reads,
in its relevant portion:

"Holidays for State employees for each year
covered by this Act shall be only those specified
as follows:   . . .

". . ."

We hold that this latter provision covers all State
employees, irrespective of whether they are regular full-time
or part-time employees, both of whom are paid out of the funds
referred to in subdivision f (supra), or whether they are hourly
wage workers as are specifically covered by the last paragraph
of this subdivision c, which reads as follows:

"Hourly wage workers shall receive the same
holidays, with pay, as that given employees on a
regular monthly basis."  (at p. V-35).

Our opinion is that the policy you have heretofore
followed must be altered in view of Sec. 6, supra, to allow
part-time employees the same holidays, with pay, as are given
employees on a regular monthly basis.

## S U M M A R Y

The General Appropriation Act for the current fiscal year (S.B. 11, Acts 62nd Leg., R.S. 1971), as amended by S.B. 7, 1st C.S. of the same Leg.) authorizes the Texas Highway Department to grant vacation time consistent with the provisions of the Act on a percentage basis for the time worked; to grant regular full-time hourly employees the same benefits as those granted to regular full-time monthly employees; and to give hourly and part-time employees the same holidays, with pay, as those received by employees on a regular monthly basis.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Jack Sparks
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
James Quick
Ivan Williams
Bob Lattimore
John Banks

SAM McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant